# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2006

131204

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JAMES STEVEN PAPP, JR.,
      Plaintiff-Appellant,

v

                                      SC: 131204
                                      COA: 259115
                                      Macomb CC: 04-000545-NI

AMERITECH CORPORATION, INC.,
and COMCAST CABLE VISION, INC.,
      Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the April 6, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2006

s1218

_____
Clerk